UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MEDICINE, P.C., *et al.*,

    Plaintiffs,

v.

Case No. 22-cv-11976
Hon. Matthew F. Leitman

SECRETARY OF THE U.S. DEPARTMENT
OF HEALTH AND HUMAN SERVICES,

    Defendant.

_____/

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT (ECF No. 52)

On July 16, 2024, the Court held a hearing on Plaintiffs' motion for leave to file an Amended Complaint. (*See* Mot., ECF No. 52.) For the reasons explained on the record during the hearing, the motion is **GRANTED**. Plaintiffs shall file their Amended Complaint by no later than **August 30, 2024**. Defendant need not file an answer or otherwise respond to the Amended Complaint until further order of the Court. The Court will schedule a counsel-only status conference that will take place in approximately 60 days to discuss next steps in this action.

    **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: July 16, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126