UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MEDICINE, P.C., *et al.*,

    Plaintiffs,

v.

Case No. 22-cv-11976
Hon. Matthew F. Leitman

SECRETARY OF THE U.S. DEPARTMENT
OF HEALTH AND HUMAN SERVICES,

    Defendant.

_____/

### ORDER (1) DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (ECF No. 65) AND (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 66)

On December 15, 2025, the Court held a hearing on the parties' cross-motions for summary judgment in this action. (*See* Mots., ECF No. 65, 66.) For the reasons explained during an on-the-record status conference that the Court held on December 22, 2025, Plaintiffs' motion is **DENIED** and Defendant's motion is **GRANTED**.[1]

    **IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
Dated: December 22, 2025            UNITED STATES DISTRICT JUDGE

---

[1] The Court initially provided reasons for denying Plaintiffs' motion for summary judgment at the conclusion of the hearing on December 15, 2025. However, for the reasons explained more fully during the December 22, 2025, status conference, the Court's decision to grant Defendant's summary judgment motion compels the denial of Plaintiffs' motion, and for those reasons, the Court denies Plaintiffs' motion.

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 22, 2025, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan_____
                                      Case Manager
                                      (313) 234-5126