UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MEDICINE, P.C., *et al.*,

      Plaintiffs,

                                Case No. 22-cv-11976

v.                              Hon. Matthew F. Leitman

SECRETARY OF THE U.S. DEPARTMENT
OF HEALTH AND HUMAN SERVICES,

      Defendant.

_____/

## JUDGMENT

In accordance with the order entered on this day and the order entered on September 21, 2023,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiffs.

                              KINIKIA ESSIX
                              CLERK OF COURT

                  By:    s/Holly A. Ryan_____
                              Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  December 22, 2025
Detroit, Michigan

1